RECEIVED

FEB - 1 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **JULIE ANNA OUSSE** | **CIVIL ACTION NO. 6:13-0020** |
| **VS.** | **JUDGE DOHERTY** |
| **LAFAYETTE PARISH CITY COURT, ET AL.** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's complaint be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as frivolous, as failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___1___ day of ___February___, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE